# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SUPPLEMENTAL BOND SIGNATURE FORM

CASE NUMBER: 3-11-70690 MAG

NAME OF DEFENDANT: Robert Tunnell, Jr.

Page Number: 2

**FILED**
JUN 27 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Print Name of Surety: Susan W. Tunnell

Signature of Surety: [signed]

SURETY'S ADDRESS: 3311 Pacific Avenue
San Francisco, CA 94118

Phone Number: 415.931.2616

---

Print Name of Surety:

Signature of Surety:

SURETY'S ADDRESS:

Phone Number:

---

Print Name of Surety:

Signature of Surety:

SURETY'S ADDRESS:

Phone Number: