1  Edward W. Swanson, SBN 159859
2  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5

6  Attorney for ROBERT G. TUNNELL, JR.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              CASE NO. CR 11-0463 CRB

13          Plaintiff,                     **STIPULATION AND [PROPOSED]
                                           ORDER MODIFYING CONDITIONS OF
14       v.                                RELEASE TO PERMIT TRAVEL TO
                                           NORDEN, CALIFORNIA**
15  ROBERT G. TUNNELL, JR.,

16          Defendant.

17

18

19                             **STIPULATION**

20       Defendant Robert G. Tunnell, Jr., by and through his counsel, Edward W. Swanson, and

21  the United States, by and through Assistant United States Attorney Doug Sprague, hereby

22  stipulate and agree as follows:

23       1. On June 24, 2011, the Court set conditions of release for defendant Robert G.

24          Tunnell, Jr., one of which was a condition that he not travel outside the Northern

25          District of California without the permission of the Court.

26

27  \ \ \

28  \ \ \

                                    1

2. The parties HEREBY STIPULATE that the conditions of Mr. Tunnell's release be modified to permit him travel to Norden, California in Nevada County to visit with his family. Mr. Tunnell will depart from his residence in San Francisco on April 7, 2012 and will stay at the home of his son David Tunnell and daughter-in-law Susan Tunnell located at 717 Mule's Ear Court, Norden, CA, on the evening of April 7, 2012. Weather permitting, Mr. Tunnell will return to San Francisco on April 8, 2012.

3. Pretrial Service Officer Josh Libby has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:      March 28, 2012          _____/s/_____
                                     DOUG SPRAGUE
                                     Assistant United States Attorney


                                     _____/s/_____
                                     EDWARD W. SWANSON
                                     Swanson & McNamara LLP
                                     Attorneys for ROBERT G. TUNNELL


**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:  April 2, 2012          _____
                                     CHARLES R. BREYER
                                     United States District Judge