Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for ROBERT G. TUNNELL, JR.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT G. TUNNELL, JR.,<br><br>Defendant. | CASE NO. CR 11-0463 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS OF<br>PRE-TRIAL RELEASE TO PERMIT<br>CONTACT WITH INDIVIDUALS NOT<br>IDENTIFIED ON THE "NO-CONTACT<br>LIST" PROVIDED TO PROBATION** |

## STIPULATION

Defendant Robert G. Tunnell, Jr., by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney W. Douglas Sprague, hereby stipulate and agree as follows:

1. On June 24, 2011, the Court set conditions of release for defendant Robert G. Tunnell, Jr., one of which was a condition that he have "no direct or indirect contact with former or current investors…"

1

2. On April 20, 2012, the Court sentenced Mr. Tunnell to 57 months imprisonment, followed by a term of supervised release.

3. Special Condition number 8 of Mr. Tunnell's supervised release states that Mr. Tunnell "shall not have contact with any individual specifically named on the list provided to the probation office."

4. On April 25, 2012, counsel for Mr. Tunnell provided the "no-contact list" to the Probation Office pursuant to Special Condition number 8.

5. Counsel for Mr. Tunnell conferred with AUSA Sprague to reach agreement on the individuals named in the "no-contact list" before providing it to the Probation Office.

6. The individuals whose names appear on the "no-contact list" are: Karen Arcuri, Nan Brown, Jim Donohue, Linda Donohue, Erin Grey, Rebecca Hazard, Suzanne Riley, Gary Woodworth, Kitty Woodworth, Joanne Zaremba.

7. The parties HEREBY STIPULATE that the conditions of Mr. Tunnell's release be modified to permit him to have contact with all individuals whose names do not appear on the "no-contact list."

8. Pretrial Services Officer Josh Libby has no objection to the proposed modification.

/ / /

2

*US v. Robert Tunnell*, CR 11-0463 CRB (EDL)
Stipulation and [Proposed] Order Permitting
Contact with Individuals Not Identified
on the "No-Contact List"

**IT IS SO STIPULATED.**

DATED:   May 2, 2012

                                         /s/
                                  DOUG SPRAGUE
                                  Assistant United States Attorney

                                         /s/
                                  EDWARD W. SWANSON
                                  Swanson & McNamara LLP
                                  Attorneys for ROBERT G. TUNNELL

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:  May 2, 2012

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte
United States District Court, Northern District of California

2

*US v. Robert Tunnell*, CR 11-0463 CRB (EDL)
Stipulation and [Proposed] Order Permitting
Contact with Individuals Not Identified
on the "No-Contact List"